IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 07-1838-TUC-RCC(BPV) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Donald Biard MacGuineas, III, ) | |
| Defendant. ) | |

The Court has reviewed Magistrate Judge Pyle's Amended Report and Recommendation,

**IT IS ORDERED ADOPTING** the Amended Report and Recommendation (Doc. 310) and finding as **MOOT** the Report and Recommendation (Doc. 309) due to the filing of the Amended Report and Recommendation which corrects the defendant's first name.

**IT IS FURTHER ORDERED** finding that the defendant has violated his conditions of supervised release as contained in the Petition to Revoke Supervised Release.

Disposition is now set for March 16, 2012 at 9:40 a.m.

DATED this 17th day of February, 2012.

Raner C. Collins
United States District Judge

cc: MacGuineas (mailed)

*mg*